1
2
3
4
5
6  JS-6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| UNITED STATES OF AMERICA, | Case No.: 5:24-cv-2106 JGB(SPx) |
|---|---|
| Plaintiff, | |
| v. | Judgment in Favor of the United States of America and against Salvador Gonzalez and Permanent Injunction Against Salvador Gonzalez |
| SALVADOR GONZALEZ, | |
| Defendant. | |

1     Judgment is entered in favor of the United States of America, Plaintiff, and against Salvador Gonzalez, Defendant.

    Salvador Gonzalez is permanently enjoined under 26 U.S.C. §§ 7402, 7407, and 7408, from preparing, assisting in, directing, or supervising the preparation or filing of federal tax returns, amended tax returns, or other related documents or forms for any person or entity for anyone other than (a) himself or (b) an entity for which Defendant has a legal obligation to file a tax return.

    IT IS SO ORDERED.

Dated: March 5, 2025

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE